# United States Court of Appeals
## For the First Circuit

No. 20-1474

JOCELYNE WELCH, as personal representative of the Estate of
Alivia Welch,

Plaintiff, Appellant,

and

SUSAN JOHNSON, individually and on behalf of her minor son B.L.
and on behalf of Derrick Thompson, deceased,

Plaintiff,

v.

CITY OF BIDDEFORD POLICE DEPARTMENT; ROGER P. BEAUPRE,
individually and as Chief of Biddeford Police Department; EDWARD
DEXTER, individually and as an employee of Biddeford Police
Department; JACOB WOLTERBEEK, individually and as employee of
Biddeford Police Department; CITY OF BIDDEFORD; JANE DOES,

Defendants, Appellees,

and

MAINE DEPARTMENT OF PUBLIC SAFETY; JOHN E. MORRIS, individually
and as Commissioner of Maine Department of Public Safety,

Defendants.

No. 20-1481

SUSAN JOHNSON, individually and on behalf of her minor son B.L.
and on behalf of Derrick Thompson, deceased,

Plaintiff, Appellant,

and

JOCELYNE WELCH, as personal representative of the Estate of
Alivia Welch,

Plaintiff,

v.

CITY OF BIDDEFORD POLICE DEPARTMENT; ROGER P. BEAUPRE,
individually and as Chief of Biddeford Police Department; EDWARD
DEXTER, individually and as an employee of Biddeford Police
Department; JACOB WOLTERBEEK, individually and as employee of
Biddeford Police Department; CITY OF BIDDEFORD; JANE DOES,

Defendants, Appellees,

and

MAINE DEPARTMENT OF PUBLIC SAFETY; JOHN E. MORRIS, individually
and as Commissioner of Maine Department of Public Safety,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court, issued on August 27, 2021, is
amended as follows:

On page 22, line 20, replace "had" with "have"